UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:    Raymond Alfred Kern III and Richelle Ruth Kern

Chapter 7 Case No.    09-51193

Please Check One:

____    Unclaimed Dividends

_X_    Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Supplement Distribution Amount |
|---|---|---|---|
| Wright Hennepin CEA<br>C/O Online Collections<br>PO Box 1489<br>Winterville, NC 28590 | 1 | $ 273.00 | $ 0.02 |
| Qwest Corporation<br>ATTN Jane Frey<br>1801 California St Rm 900<br>Denver, CO 80202-2658 | 4 | $ 361.51 | $ 0.03 |
| Brainerd Public Utilities<br>8027 Highland Scenic Rd<br>PO Box 373<br>Brainerd, MN 56401 | 5 | $ 192.31 | $ 0.02 |

Date    3-1-11

J. Richard Stermer,   Trustee